83 P.3d 743

# SUPREME COURT OF HAWAI'I

**February 4, 2004**

| | | |
|---|---|---|
| 23264 | Certified Coatings of California v. Befitel | Vacated and Remanded |

**February 6, 2004**

| | | |
|---|---|---|
| 23221 | E Noa Corp. v. Robert's Tours & Transp., Inc. | Vacated and Remanded |

**February 9, 2004**

| | | |
|---|---|---|
| 23583 | Gamboa v. Koller | Affirmed |

**February 11, 2004**

| | | |
|---|---|---|
| 22874 | Kotz v. Hawaii Elec. Light Co., Inc. | Affirmed |
| 25341, 25339, 25340, 25342, 25343 | State v. Anguay | Affirmed |

**February 13, 2004**

| | | |
|---|---|---|
| 24405 | Defeo v. State | Affirmed |
| 22022 | Konno v. County of Hawai'i | Affirmed |